UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>611 Pennsylvania Ave SE #231<br>Washington, D.C. 20003<br><br>*Plaintiff,*<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES<br>7500 Security Boulevard<br>Baltimore, Maryland 21244<br><br>*Defendant.* | Civil Action No. |

## COMPLAINT

**1.** America First Legal Foundation ("AFL") brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel the Centers for Medicare & Medicaid Services ("CMS") to comply with its statutory obligations to promptly make available agency records requested concerning the Increasing Organ Transplant Access ("IOTA") Model.

### JURISDICTION AND VENUE

**2.** This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief in accordance with 28 U.S.C. § 2201 *et seq*.

**3.** Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

1

## PARTIES

4.  Plaintiff AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating the findings through reports, press releases, and other media, including social media platforms, to educate the public.

5.  Defendant CMS is a federal agency within the meaning of 5 U.S.C. § 552(f), headquartered at 7500 Security Boulevard, Baltimore, Maryland 21244. CMS has possession, custody, and control of the records sought by AFL.

## FACTS

6.  On August 14, 2025, AFL submitted a FOIA request to CMS seeking records related to the development, approval, implementation, and oversight of the IOTA Model and associated health equity plan requirements. Ex. 1.

7.  In its August 14, 2025, request, AFL requested expedited processing based on an urgent need to inform the public about the implementation of the IOTA Model and the role of the Biden administration's equity directives in federally funded organ transplant policy, which raises serious questions of significant public interest.

8.  AFL also requested a fee waiver and to receive productions on a rolling basis.

9. On August 20, 2025, CMS denied AFL's request for expedited processing. CMS assigned the request tracking number 081420257037. Ex. 2.

10. In its denial, CMS concluded that AFL's request did not qualify for expedited processing based upon "compelling need" under 5 U.S.C § 552(a)(6)(E), did not meet the agency's regulatory criteria for expedited processing under its Federal Register Notice, and did not otherwise demonstrate "exceptional need or urgency" justifying expedited processing. *Id.*

11. CMS stated that it would process AFL's request in accordance with its "first in, first out" practice.

12. On September 2, 2025, AFL timely appealed CMS's denial of expedited processing to the Chief Operating Officer & Deputy Administrator of CMS, as directed by CMS's August 20, 2025, denial letter. Ex. 3.

13. On September 3, 2025, CMS acknowledged receipt of AFL's appeal and stated it would process the appeal "as expeditiously as possible, consistent with Department of Health and Human Services FOIA rules set forth in 45 CFR Part 5." Ex. 4.

14. CMS has yet to respond substantively to AFL's administrative appeal of the denial of expedited processing.

15. Despite the passage of more than the statutory 20 working days and any permissible 10-day extension, CMS has not made a determination on AFL's underlying FOIA request, has not responded to AFL's administrative appeal of the

denial of expedited processing, has not ruled on AFL's fee waiver request, and has not produced any records.

## CLAIM FOR RELIEF

## Violation of FOIA, 5 U.S.C. § 552

16. AFL repeats and realleges paragraphs 1–15, as fully set forth herein.

17. AFL properly requested records within CMS's possession, custody, and control.

18. FOIA requires CMS to determine within 20 working days after receipt of a request whether to comply and to immediately notify the requester of that determination, the reasons therefor, and the requester's right to appeal an adverse determination. *See* 5 U.S.C. § 552(a)(6)(A)(i).

19. FOIA also requires that an agency process requests for expedited processing "as soon as practicable," and agencies must make a determination on expedited processing consistent with the statute and applicable regulations. *See* 5 U.S.C. § 552(a)(6)(E).

20. CMS has failed to comply with FOIA's statutory deadlines. CMS has neither produced the requested records nor asserted any valid basis for withholding records, nor has it made a timely determination on AFL's request.

21. CMS also failed to respond to AFL's timely administrative appeal of the denial of expedited processing.

22. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C)(i).

23. CMS has violated the FOIA by unlawfully withholding non-exempt records responsive to this request. *See* 5 U.S.C. § 552(a)(3)(A).

24. AFL is entitled to injunctive relief compelling CMS to conduct a search reasonably calculated to uncover all responsive records, to promptly produce all non-exempt records by a date certain, and to produce a Vaughn index for any withheld materials.

## RELIEF REQUESTED

WHEREFORE, AFL respectfully requests this Court:

i. Declare that the records sought by this request, as described in the foregoing, must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order CMS to conduct searches immediately for all records responsive to AFL's FOIA request, including all locations and custodians likely to contain responsive materials, and to demonstrate that it employed search methods reasonably likely to lead to the discovery of responsive records;

iii. Order CMS to produce by a date certain all non-exempt records responsive to AFL's FOIA request, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption;

iv. Order CMS to process this request on an expedited basis;

v. Award AFL attorney fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

vi. Grant such other and further relief as this court deems just and proper.

Dated: January 20, 2026						Respectfully submitted,

<div style="margin-left:2em">

/s/ Emily Percival
Emily Percival (DC Bar No. 1034958)
Megan Redshaw (Mo. Bar No. 74272)*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
Emily.Percival@aflegal.org
Megan.Redshaw@aflegal.org
(301) 887-3704

*Counsel for America First Legal Foundation*

* *Pro Hac Vice motion forthcoming*

</div>